IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                      CASE NO. 1:10-cr-00005-MP-AK

RICHARD MITER,

      Defendant.

_____/

## O R D E R

      This matter is before the Court on Motion to Withdraw as Attorney Anderson Hatfield.

By Richard Miter, Doc. 24.  Mr. Miter has requested that his present attorney be replaced.  This

Court will hold a hearing on the request, Thursday, April 22, at 1:30 p.m.

      **DONE AND ORDERED** this _ *15th* day of April, 2010

_____*s/Maurice M. Paul*_____
Maurice M. Paul, Senior District Judge